IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAMCAH-UA LOCAL 675 PENSION FUND; PAMCAH-UA LOCAL 675 ANNUITY FUND; PAMCAH-UA LOCAL 675 HEALTH & WELFARE FUND; PAMCAH-UA LOCAL 675 VACATION & HOLIDAY FUND; PAMCAH-UA LOCAL 675 TRAINING FUND; PAMCAH-UA LOCAL 675 COOPERATION FUND , <br><br> Plaintiffs, <br><br> vs. <br><br> GORDON MECHANICAL LLC, a Hawaii limited liability company; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE TRUSTS 1-10 , <br><br> Defendants. | CV 25-00442 DKW-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 6, 2026, and

served on all parties on March 9, 2026, and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Enter Default and Award Damages Against Defendant Gordon Mechanical LLC, a Hawaii Limited Liability Company ", ECF No. 25, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

*Pamcah-UA Local 675 Pension Fund vs. Gordon Mechanical LLC*; Civil No. 25-00442 DKW-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS**